IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00815-REB-BNB

PETER F. LINDEMANN, d/b/a ALL 'N' ONE CUSTOM PROMOTIONALS,

Plaintiff,

v.

RUFUS BUTLER SEDER, and
EYE THINK, INC., a corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) Plaintiff's **Motion to Disqualify Defense Counsel** [Doc. # 16, filed 7/31/2006] (the "Motion to Disqualify"); and

(2) Plaintiff's **Motion for Leave to File Amended Reply to Counterclaim** [Doc. # 20, filed 8/17/2006] (the "Motion to Amend").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Disqualify is DENIED.

IT IS FURTHER ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the *Amended Reply to Counterclaim* [Doc. # 20-2] attached as an exhibit to the Motion to Amend.

Dated August 29, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge