IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00815-REB-BNB

PETER F. LINDEMANN, d/b/a ALL 'N' ONE CUSTOM PROMOTIONALS,

Plaintiff,

v.

RUFUS BUTLER SEDER, and
EYE THINK, INC., a corporation,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Inspection of Defendants' Manufacturing Facility and Manufacturing Process** [Doc. # 33, filed 9/1/2006] (the "Motion"). I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED insofar as it seeks an order allowing an entry on land for inspection. The defendant, however, is ordered to produce for inspection partially constructed devices and fully constructed devices, as specified on the record.

Dated September 26, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge