IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00815-REB-BNB

**PETER F. LINDEMANN,**
**d/b/a ALL 'N' ONE CUSTOM PROMOTIONALS,**

  **Plaintiff,**

v.

**RUFUS BUTLER SEDER,**
**EYE THINK, INC., a Massachusetts Corporation**

  **Defendants.**

_____

**ORDER AND JUDGMENT**
_____

  This matter came before the court on the stipulated joint motion for *Entry of Judgment and Dismissal of Claims* filed by the parties herein.  It appears to the court that the parties have reached a *Settlement Agreement* and that judgment should enter in accordance with the *Settlement Agreement.*   Therefore, it is hereby

  ORDERED that judgment shall enter against the Plaintiff, Peter F. Lindemann, in favor of the Defendant, Rufus Butler Seder, on Mr. Seder's claims of patent infringement in the amount of $500 in actual damages and $1000 in costs; and it is hereby

  FURTHER ORDERED that all claims asserted by the Plaintiff, Peter F. Lindemann, against the Defendants are hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees except as set forth hereinabove; and it is hereby

  FURTHER ORDERED that all additional claims asserted by the Defendant, Rufus Butler Seder, in his counterclaim against the Plaintiff are hereby dismissed with prejudice, each party to bear their own costs and attorney's fees except as set forth hereinabove; and it is hereby

FURTHER ORDERED that with regard to the requests by Rufus Butler Seder in his counterclaim against the Plaintiff that the Plaintiff be enjoined from making his Ani-Twirler product, that the Plaintiff, Peter F. Lindemann, shall be entitled to continue making his Ani-Twirler product without any further or future claims of patent infringement by either of the Defendants herein;

FURTHER ORDERED that the Trial Preparation Conference set October 12, 2007, and the jury trial set to commence October 29, 2007, are vacated; and

IT IS FURTHER ORDERED that the clerk shall enter judgment in accordance herewith and there shall be no assessment of costs against either party except as set forth hereinabove.

DATED February 9, 2007.

U.S. DISTRICT COURT

**s/ Robert E. Blackburn**

United States District Judge